# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 26-5043**

**September Term, 2025**

**1:25-cv-01229-UNA**

**Filed On:** August 11, 2026

In re: John Doe, and similarly situated
citizens of the United States,

     Petitioner

**BEFORE:**   Srinivasan, Chief Judge, and Henderson*, Millett, Pillard, Wilkins,
Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for rehearing en banc, and the absence of a
request by any member of the court for a vote, it is

**ORDERED** that the petition be denied.

### Per Curiam

            **FOR THE COURT:**
            Clifton B. Cislak, Clerk

     BY:   /s/
             Daniel J. Reidy
             Deputy Clerk

* Circuit Judge Henderson did not participate in this matter.